NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**VERA W. HUANG,**
*Plaintiff-Appellant,*

and

**YUN CHIOU CHENG,**
*Plaintiff,*

v.

**NANCY VAN TINE, BURNS & LEVINSON LLP, ROBIN LYNCH, PALM SMITH, ROBERT MULDOON, JR., DR. MENG YIH HUANG, P. GUILMET, CHARLES KAGAN, NORTHEAST HOUSING COURT, MASSACHUSETTS BAR ASSOCIATION, SALEM AND BOSTON BAR, BAR OVERSEERS, CHAIRMAN, AND BAR COUNSEL, GEORGE P. LORDAN, ARTHUR FRAWLEY, LISA GREENBURG, LISA A. JACOBOWITZZ, KIM PHELAN, MI NA HUANG, LEU SO MEI, WEN-CHIN LEU, of Chien-Chuen Plastic Co. Ltd., DR. MARILEA K. MILLER, EARNEST LIN, of ATI, JOSEPH PALEY, EXTERMINATOR HAZLEWOOD, and A-Z INSURANCE COMPANY,**
*Defendants-Appellees,*

and

**JUDGE EDWARD J. ROCKETT, JUDGE SEAN DUINPY, JUDGE SPENCER M. KAGAN, JUDGE JOHN CRONIN, JUDGE JOHN STEVENS, JR., JUDGE MARY M. MANZI, JUDGE DIGANGI,**

JUDGE D. KERMAN, JUDGE IRELAND, JUDGE
CORDY, RALPH FINCH, Assistant Clerk, JUDITH
BRENNAN, KEVIN JONES, MAGISTRATE TRIPE,
MAGISTRATE DORIS STENZIANI, LILLIAN C.
ANDRUSZKIEWICZ, CLERK HOLLIEY WHITE,
JOSEPH LARO, Court Reporter,
PROBATION OFFICER SLIVASKI, RUDOLF
JAWORSKI, INSPECTOR ROBERT FOLEY,
INSPECTOR BERNARD CLANCY,
ESSEX COUNTY SECRETARY OF THE TREASURY,
MASSACHUSETTS ATTORNEY GENERAL, SALEM
DISTRICT COURT, SALEM SUPERIOR COURT,
MIDDLESEX DISTRICT ATTORNEY, SALEM
PROBATE AND FAMILY COURT, TOWN OF
NORTH ANDOVER, MIDDLESEX COUNTY
SECRETARY OF THE TREASURY,
CITY OF LOWELL HEALTH DEPARTMENT
AGENT, MASSACHUSETTS JUDICIAL CONDUCT
COMMISSION, CHIEF JUSTICE M. MARSHALL,
Massachusetts Supreme Court, STATE OF
MASSACHUSETTS, BOSTON DISTRICT
ATTORNEY, and BOSTON DISTRICT COURT,
*Defendants-Appellees,*

and

UNITED STATES,
*Defendant-Appellee.*

---

2010-1346

---

Appeal from the United States District Court for the
Southern District of New York in case no. 08-CV-7452,
Judge Sidney H. Stein.

---

## ON MOTION

---

## O R D E R

Vera W. Huang moves for a 30-day extension of time, until July 10, 2010, to file her response to this court's order dated May 20, 2010.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. No further extensions will be granted.

FOR THE COURT

JUN 1 4 2010
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Vera W. Huang
     Jennifer G. Miller, Esq.
     Scott T. Palmer, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 1 4 2010

JAN HORBALY
CLERK